[No. 44458-1-I.    Division One.    February 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. S.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08202-1, Carlos Velategui, J. Pro Tem., entered April 5, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18024-7-III.    Division Three.    February 29, 2000.]

LEO MOLLOTTE, ET AL., *Appellants*, v. LONNY LIGHTFOOT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-06894-7, Paul A. Bastine, J., entered October 27, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 45129-4-I.    Division One.    March 1, 2000.]

*In the Matter of the Personal Restraint of* DAVID RICHARD NELSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 22341-4-II.    Division Two.    March 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN BOURLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 96-1-00165-0, Gordon Godfrey, J., entered August 22, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.